**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Shaunya McClain, Danny J. Sumter, Nathaniel Nelson, and Michelle McClain, Defendants,

Of whom Shaunya McClain is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001254

———————

Appeal From Darlington County
Salley Huggins McIntyre, Family Court Judge

———————

Unpublished Opinion No. 2019-UP-032
Submitted January 10, 2019 – Filed January 14, 2019

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Tiffany Brooke Allen, of Hartsville, for Respondent.

Robbie Forrester Gardner, III, of Rob F Gardner, III, PC, of Hartsville, for the Guardian ad Litem.

---

**PER CURIAM:**  Shaunya McClain appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve McClain's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.